DAVID G. BANES, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiff Julie Degayo

F I L E D
Clerk
District Court

JUL 2 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JULIE DEGAYO,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH PORTS AUTHORITY, DFS SAIPAN, LTD. and AKINO AFIN,<br><br>Defendants. | CIVIL CASE NO. 05-0018<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT COMMONWEALTH PORTS AUTHORITY |

Comes now Plaintiff by and through counsel, and hereby dismisses without prejudice Defendant Commonwealth Ports Authority pursuant to Rule 41(a), Fed. R. Civ. Pro.

Respectfully submitted,

O'CONNOR BERMAN DOTTS & BANES
Counsel for Plaintiff Julie Degayo

By: _____
David G. Banes

3172-01-050726-PL-NoticeofDismissalCPA-leb