```
                                              F I L E D
                                                Clerk
1   DAVID G. BANES, Esq.                      District Court
    O'Connor Berman Dotts & Banes
2   Second Floor, Nauru Building              JUL 2 8 2005
    P.O. Box 501969
3   Saipan, MP 96950                          For The Northern Mariana Islands
                                              By_____
4   Telephone No. (670) 234-5684                    (Deputy Clerk)
    Facsimile No. (670) 234-5683
5

6   Attorneys for Plaintiff Julie Degayo
```

IN THE UNITED DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JULIE DEGAYO ) | CIVIL CASE NO. 05-0018 |
| ) | |
| Plaintiff, ) | |
| ) | PROOF OF SERVICE |
| vs. ) | |
| ) | |
| COMMONWEALTH PORTS ) | |
| AUTHORITY, DFS SAIPAN, LTD. and ) | |
| AKINO AFIN, ) | |
| ) | |
| Defendants. ) | |

The undersigned does hereby certify that copy of **NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT COMMONWEALTH PORTS AUTHORITY** was served as follows:

By hand delivery on July 26, 2005 upon:

    Norie Pamintuan for Thomas E. Clifford, Esq.
    San Jose, Saipan, MP 96950

    Lucy DeLeon Guerrero for Douglas F. Cushnie, Esq.
    San Jose, Saipan, MP 96950

Dated this 28th day of July, 2005.

                                                _____
                                                Alexander L. Lopez