FILED
Clerk
District Court

AUG 22 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

DAVID G. BANES, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiff Julie Degayo

IN THE UNITED DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JULIE DEGAYO | CIVIL CASE NO. 05-0018 |
| Plaintiff, | |
| vs. | PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1) |
| COMMONWEALTH PORTS AUTHORITY, DFS SAIPAN, LTD. and AKINO AFIN, | |
| Defendants. | |

COMES NOW Plaintiff by and through counsel, and for their Initial Disclosures Pursuant to Rule 26(a), discloses as follows:

1. Disclosures pursuant to Federal Rule of Procedure 26(a) (1) (A).

    a. Julie Degayo
       c/o O'Connor, Berman Dotts & Banes
       Witness to the accident

    b. Akino Afin
       c/o Thomas E. Clifford
       Witness to the accident

    c. Various CPA personnel who were present at the airport at the time of the accident.

    d. Various personnel named in the related CHC medical records.

2. Disclosures pursuant to Federal Rule of Procedure 26(a) (1) (B).

The following documents are available upon proper notification for inspection at the Law Offices of O'Connor Berman Dotts & Banes:

    a. Photographs related to the scene of the accident and Plaintiff's personal injuries.

    b. Various medical records and bills from CHC related to CHC's treatment of Plaintiff.

3. Disclosures pursuant to Federal Rule of Civil Procedure 26(a) (1) (C).

    a. Plaintiff is claiming pain and suffering and lost wages.

    b. Plaintiff is claiming lost wages in the amount of $2,346.25.

    c. As Plaintiff is still recovering from her injuries and her damages are still accruing, Plaintiff reserves her right to supplement this disclosure.

    d. The documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, will be made available for inspection and copying as soon as practicable.

4. Disclosures pursuant to Federal Rule of Civil Procedure 26(a) (1) (D).

    a. Defendant has yet to provide Plaintiff with a copy of the relevant insurance policy.

Dated this __ of August, 2005.

O'CONNOR BERMAN DOTTS & BANES
Counsel for Plaintiff Julie Degayo

By: _____
David G. Banes