F I L E D
Clerk
District Court

AUG 22 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Thomas E. Clifford
Attorney at Law
2nd Floor, Alexander Building, San Jose
P.O. Box 506514
Saipan, MP 96950
Tel. (670)235-8846
Fax (670)235-8848

Attorney for Defendants DFS Saipan, Ltd. and Akino Afin

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JULIE DEGAYO,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH PORTS AUTHORITY, DFS SAIPAN, Ltd. AND AKINO AFIN,<br><br>Defendants. | Civil Action No. 05-0018<br><br>DEFENDANT DFS SAIPAN, Ltd. AND AKINO AFIN'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a) |

Defendants DFS Saipan, Ltd. and Mr. Akino Afin (the two foregoing defendants collectively "Defendants") hereby make the following initial disclosures pursuant to F.R.C.P. 26(a)(1):

A. <u>The name, and if known, address and telephone number of each individual likely to have discoverable information that Defendants may use to support their defense of this case.</u>

   1. Plaintiff.

   2. Defendants, who can be reached through their counsel, Thomas E. Clifford.

   3. The two persons accompanying Plaintiff at the time of the accident made the basis of this lawsuit (the "accident").

4. The Commonwealth Ports Authority personnel who communicated with Plaintiff following the accident.

5. The personnel identified in Plaintiff's medical records.

B. <u>Documents</u>. Defendants anticipate that Commonwealth Ports Authority and possibly the Department of Public Safety may have applicable records. Defendants anticipate that the parties will cooperate in compiling and sharing a complete set of all such records.

C. <u>Damages computations</u>. Not applicable.

D. <u>Insurance agreements</u>. A copy of the applicable insurance policy is attached to the copy of this filing served on Plaintiff's counsel.

Defendants reserve the right to supplement these disclosures as the case proceeds. Respectfully submitted this 22nd day of August, 2005:

_____
Thomas E. Clifford, Esq.
Counsel for Defendant DFS Saipan,
Ltd. and Akino Afin