DAVID G. BANES, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiff Julie Degayo

FILED
Clerk
District Court

AUG 23 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JULIE DEGAYO,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMONWEALTH PORTS AUTHORITY, DFS SAIPAN, LTD. and AKINO AFIN,<br><br>    Defendants. | CIVIL CASE NO. 05-0018<br><br>PROOF OF SERVICE |

The undersigned does hereby certify that copy of **PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)** was served as follows:

By hand delivery on August 22, 2005 upon:

   Jousel Regilme for Thomas E. Clifford, Esq.
   San Jose, Saipan, MP 96950

Dated this 23rd day of August, 2005.

                                            _____
                                            Rosemarie G. Agulto

1
3172-01-050823-ProofService-rcr