FILED
Clerk
District Court

AUG 2 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| JULIE DEGAYO, | ) | Civil Action No. 05-0018 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CASE MANAGEMENT |
| | ) | SCHEDULING ORDER |
| DFS SAIPAN, LTD.; and AKINO AFIN, | ) | |
| | ) | |
| Defendants | ) | |

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4, a Case Management Conference was conducted in this matter on August 26, 2005.

---

[1] Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. *See e.g.* Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. *See* Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

Present were David G. Banes on behalf of plaintiff and Thomas E. Clifford on behalf of defendants. As a result of the conference,

IT IS ORDERED THAT:

1. All parties are to be joined on or before January 3, 2006.

2. All motions to amend pleadings shall be filed on or before January 3, 2006.

3. All discovery shall be served by February 28, 2006. No discovery material shall be filed with the court except as necessary to support of a motion.

4. All discovery motions shall be filed so as to be heard on or before April 13, 2006. Motions shall be filed in accordance with Local Rule 7.1.

5. Plaintiff's expert disclosure shall occur on or before March 6, 2006.

6. Defendants' expert disclosure shall occur on or before March 27, 2006.

7. Expert discovery shall be completed by May 25, 2006.

8. A status conference will be held on February 24, 2006, at 9:30 a.m.

9. All dispositive motions shall be filed so as to be heard on or before July 20, 2006. Said motions shall be filed in accordance with Local Rules 7.1 and/or 56.1.

10. A settlement conference will be held on July 28, 2006, at 9:00 a.m.

11. The jointly-prepared final pretrial order shall be filed with the court by 3:30 p.m., August 14, 2006. Local Rule 16.2CJ.e.9.

12. A final pretrial conference will be held on August 18, 2006, at 9:00 a.m.

13. Trial shall begin on August 28, 2006, at 9:00 a.m.

This case has been assigned to the Standard Track.

DATED this 26th day of August, 2005.

_____
ALEX R. MUNSON
Judge