GEORGE L. HASSELBACK, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiff Julie Degayo

OCT 25 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JULIE DEGAYO,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH PORTS AUTHORITY, DFS SAIPAN, LTD. and AKINO AFIN,<br><br>Defendants. | CIVIL CASE NO. 05-0018<br><br>PROOF OF SERVICE |

The undersigned does hereby certify that copy of **PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS FOR DEFENDANTS DFS SAIPAN, LTD. and AKINO AFIN** was served as follows:

By hand delivery on October 21, 2005 upon:

Norie Pamintuan for
Thomas E. Clifford, Esq.
San Jose, Saipan, MP 96950

Dated this 24th day of October, 2005.

_____
Rosemarie G. Agulto

1
3172-01-051024-ProofService-rcr