Thomas E. Clifford
Attorney at Law
2nd Floor, Alexander Building, San Jose
P.O. Box 506514
Saipan, MP 96950
Tel. (670)235-8846
Fax (670)235-8848

Attorney for Defendants DFS Saipan, Ltd. and Akino Afin

FILED
Clerk
District Court

FEB 22 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JULIE DEGAYO,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH PORTS AUTHORITY, DFS SAIPAN, Ltd. AND AKINO AFIN,<br><br>Defendants. | Civil Action No. 05-0018<br><br>APPROVAL OF SETTLEMENT AGREEMENT; AND STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

## STIPULATION

Plaintiff Julie Degayo and Defendants DFS Saipan, Ltd. and Akino Afin ("Defendants") have resolved this case through settlement, subject to the Court finding that the settlement is entered into in good faith under the applicable law. The confidential Release and Settlement Agreement is submitted to the Court *in camera* for its review and approval.

Subject to the settlement being approved by this Court as the good faith resolution of the case between Plaintiff and Defendants, the parties hereby stipulate to the dismissal of this case with prejudice, with each party to bear its own fees and costs, and with the Court

Page 1 of 3 pages

1  to retain jurisdiction to enforce the terms and conditions of the settlement agreement
2  reached between the parties.
3  SO STIPULATED:

4  _____          Date: 2/13/06
5  George L. Hasselback
6  Counsel for Plaintiff Julie Degayo

7
8  _____          Date: 2/10/06
9  Thomas E. Clifford
   Counsel for Defendants DFS Saipan, Ltd.
10 And Akino Afin

## ORDER

Based on the foregoing stipulation, the pleadings and other papers on file in this case, the matters adduced at the chambers conferences in this case, the review of the Release and Settlement Agreement submitted *in camera* and the applicable law, the Court hereby ORDERS as follows:

The Release and Settlement Agreement is a good faith settlement of the dispute in this case between Plaintiff Julie Degayo and Defendants DFS Saipan, Ltd. and Akino Afin. The Court therefore approves the settlement as "good faith" pursuant to 7 CMC § 4305.

This lawsuit is hereby dismissed with prejudice. Each party shall bear its own fees and costs. The Court retains jurisdiction in this case to enforce the terms and conditions of the settlement agreement reached between the parties.

DATED this 22nd day of February, 2006.

_____
ALEX R. MUNSON
Judge

RECEIVED
FEB 22 2006
Clerk
District Court
For The Northern Mariana Islands